**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ROBIN REA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 23-CV-952 |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | JURY DEMANDED |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, Wal-Mart Stores Texas, LLC, file this Notice of Removal pursuant to 28 U.S.C. § 1441, as follows:

**Commencement and Service**

1. On May 16, 2023, Plaintiff, Robin Rea, commenced this action against Wal-Mart Stores Texas, LLC, by filing Plaintiff's Original Petition in the 37th Judicial District Court of Bexar County, Texas, Cause No. 2023CI09707, *Robin Rea vs. Wal-Mart Stores Texas, LLC*. A copy of Plaintiff's Original Petition is attached hereto as **Exhibit A**. Wal-Mart Stores Texas, LLC received service of process and Plaintiff's Original Petition on May 19, 2023. A copy of the Return of Service and Citation is attached hereto as **Exhibit B**. On June 9, 2023, Wal-Mart Stores Texas, LLC filed their Original Answer to Plaintiff's Original Petition, attached hereto as **Exhibit C,** their Demand for Jury Trial, attached hereto as **Exhibit D** and their Special Exceptions to Plaintiff's Original Petition, attached hereto as **Exhibit E.** On July 7, 2023, Plaintiff filed her First Amended Petition, attached hereto as **Exhibit F**.

2. This notice of removal is filed within thirty days (30) of the receipt of the Plaintiff's First Amended Petition which discloses that this matter involves an amount in controversy that or which exceeds $75,000.00 and is timely filed under 28 U.S.C. § 1446(b). This notice of removal is filed within one year of the commencement of this action and is thus timely pursuant to 28 U.S.C. § 1446(b).

### Grounds for Removal

3.  Wal-Mart Stores Texas, LLC is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship. **See Exhibit F, Plaintiff's First Amended Petition at paragraph 2.2, wherein Plaintiff seeks recovery of damages in excess of $250,000, but not more than $2,000,000.**

### Diversity of Citizenship

4.  This is an action between parties with diversity of citizenship.

5.  Plaintiff is a citizen of Texas.

6.  Defendant Wal-Mart Stores Texas, LLC is a limited liability company formed under the laws of Delaware, with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Harvey v. Grey Wolf Drilling, Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). The sole member of Wal-Mart Stores Texas, LLC is Wal-Mart Real Estate Business Trust. Wal-Mart Real Estate Business Trust is a Delaware statutory trust with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. *Americold Realty Tr. v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1016 (2016); *Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24*, 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre*, 615CV0558LEKTWD, 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016) (finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold*"). The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co. Wal-Mart Property Co. is a corporation formed under the laws of the State of Delaware with its principal place of business in the State of Arkansas. A corporation is "'a citizen

of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'" *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)). Therefore, Wal-Mart Property Co. is a citizen of Delaware and Arkansas. Accordingly, Defendant Wal-Mart Stores Texas, LLC is a citizen of Delaware and Arkansas.

8. No change of citizenship has occurred since commencement of the state court action. Therefore, diversity of citizenship exists among the parties.

## Amount in Controversy

9. The amount in controversy exceeds the sum of $75,000.00. **See Exhibit F, Plaintiff's First Amended Petition, paragraph 2.2.**

## Venue

10. Venue lies in the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the Plaintiff filed the state court action in this judicial district and division.

## Notice

11. Contemporaneous with the filing of this notice of removal, Defendant will give notice of this filing to all parties of record pursuant to 28 U.S.C. § 1446(d). Defendant will also file with the clerk of the state court and will serve upon Plaintiff's counsel and all other parties'' counsel of record, a notice of the filing of this notice of removal.

## Jury Demand

12. Plaintiff demanded a jury trial in the state court action.

4 | P a g e

## State Court Pleadings

13. Copies of state court pleadings which are referenced within the Notice are attached to this Notice of Removal as **Exhibits A and F.** This case is being removed from the 37th Judicial District Court of Bexar County, Texas.

## Exhibits to Notice of Removal

13. The following documents are attached to this Notice as correspondingly lettered exhibits:

   A. Plaintiff's Original Petition.
   B. Return of Service and Citation.
   C. Defendant's Original Answer to Plaintiff's Original Petition.
   D. Defendant's Demand for Jury Trial.
   E. Defendant's Special Exceptions to Plaintiff's Original Petition.
   F. Plaintiff's First Amended Petition.
   G. Register of Actions.
   H. List of Counsel of Record.

WHEREFORE, Defendant, Wal-Mart Stores Texas, LLC, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the 37th Judicial District Court of Bexar County, Texas.

Respectfully submitted,

DAW & RAY
A LIMITED LIABILITY PARTNERSHIP

*/s/ James K. Floyd*
James K. Floyd; SBN:24047628
Email: jfloyd@dawray.com
Dilcia Z. Jones, SBN: 24115588
Email: djones@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANT
WAL-MART STORES TEXAS, LLC**

5 | P a g e

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record in accordance with the FRCP on this the 3rd day of August, 2023.

Jeremy R. Sloan
Sloan PLLC
2161 NW Military Hwy., Suite 114
San Antonio, Texas 78213
**ATTORNEY FOR PLAINTIFF**

            */s/ James K. Floyd*
            James K. Floyd